FILED
CHARLOTTE, NC

OCT 21 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GRANT COLE HARDEN,**<br>**Defendant** | **DOCKET NO.** 3:25-cr-286-MOC<br><br>**BILL OF INDICTMENT**<br><br>Violation:   18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Convicted Felon)*

On or about December 22, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**GRANT COLE HARDEN,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock 22 Gen 5, .40 caliber semiautomatic pistol, in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c).  The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c):   all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause that the following property is subject to forfeiture on the grounds noted above:

(a) A Glock 22 Gen 5, .40 caliber semiautomatic pistol, seized December 22, 2024, in the course of the investigation.

A TRUE BILL



FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY